AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Antonio Daniels, <br> *Plaintiff* <br> v. <br> Harsco Corporation, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.  3:22-cv-02752-JFA-KDW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Antonio Daniels, take nothing of the defendant, Harsco Corporation, as to the claim brought under 49 U.S.C. § 20109(b) in the first cause of action, the second cause of action, and the fifth cause of action, and this action is dismissed with prejudice as to that claim and those causes.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Joseph F. Anderson, Jr., US District Judge, presiding.  The Court having adopted the Report and Recommendation of US Magistrate Judge Kaymani D. West, granting in part defendant's motion to dismiss.

Date:  December 20, 2023               *ROBIN L. BLUME, CLERK OF COURT*

                                        s/Charles L. Bruorton
                                        *Signature of Clerk or Deputy Clerk*